## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| SARAH TOWNSEND, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:19-cv-2798 |
| | ) |
| T. WILLIAMS, | ) |
| | ) |
| Defendant. | ) |

## ENTRY OF APPEARANCE

Gillian R. Wilcox of the American Civil Liberties Union of Missouri Foundation enters her appearance as co-counsel for Plaintiff.

Respectfully submitted,

/s/ Gillian R. Wilcox
Gillian R. Wilcox, #61278MO
ACLU of Missouri Foundation
406 West 34th Street, #420
Kansas City, MO 64111
816-470-9938
gwilcox@aclu-mo.org
*Attorney for Plaintiff*