UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SARAH TOWNSEND, ) | |
|     Plaintiff, ) | |
| vs. ) | No. 4:19-cv-02798 |
| ) | |
| T. WILLIAMS, ) | |
|     Defendant. ) | |

REQUEST FOR ADDITIONAL TIME
TO ANSWER OR OTHERWISE RESPOND

Comes now Defendant, Terrence Williams, and requests an additional twenty-one (21) days, up to and including December 4, 2019, within which to Answer or otherwise responsively plead to Plaintiff's Complaint.

                      MARK H. ZOOLE

                      /s/Mark H. Zoole
                      Mark H. Zoole
                      P.O. Box 190549
                      St. Louis, MO  63119
                      (314) 223-0436
                      zoole@sbcglobal.net

Certificate of Service

The undersigned certifies that a true and correct copy of the foregoing was served on all counsel of record, including Anthony Rothert and Jessie Steffan, 906 Olive, Ste. 1130, St. Louis, MO, 63101, arothert@aclu-mo.org and jsteffan@aclu-mo.org, and Gillian Wilcox, 406 West 34th St., Ste. 420, Kansas City, MO, 64111, gwilcox@aclu-mo.org, and Lisa Hoppenjans, Campus Box 1120, One Brookings Dr., St. Louis, MO, 63130-4899, lhoppenjans@wustl.edu on this 13th day of November, 2019.

                      /s/Mark H. Zoole