UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SARAH TOWNSEND,         )<br>    Plaintiff,         )<br>vs.         )<br>         )<br>T. WILLIAMS,         )<br>    Defendant.         ) | No. 4:19-cv-02798 |

MEMORANDUM IN SUPPORT
OF REQUEST FOR ADDITIONAL TIME
TO ANSWER OR OTHERWISE RESPOND

    Defendant's counsel has only recently entered on the case and not had adequate time to review the Complaint and obtain any other information that might be necessary file in order to draft and file a response to Plaintiff's Complaint. This request is not made for the purpose of hindrance or delay of the judicial process and will result in no prejudice or surprise to any party.

    Wherefore, Defendant respectfully requests this Court grant and sustain this Motion, granting him up to and including December 4, 2019 within which to submit an Answer or other responsive pleading.

    MARK H. ZOOLE

/s/Mark H. Zoole
Mark H. Zoole
P.O. Box 190549
St. Louis, MO  63119
(314) 223-0436
zoole@sbcglobal.net

Certificate of Service

    The undersigned certifies that a true and correct copy of the foregoing was served on all counsel of record, including Anthony Rothert and Jessie Steffan, 906 Olive, Ste. 1130, St. Louis, MO, 63101, arothert@aclu-mo.org and jsteffan@aclu-mo.org, and Gillian Wilcox, 406 West 34th St., Ste. 420, Kansas City, MO, 64111, gwilcox@aclu-mo.org, and Lisa Hoppenjans, Campus Box 1120, One Brookings Dr., St. Louis, MO, 63130-4899, lhoppenjans@wustl.edu on this 13th day of November, 2019.

                                                    /s/Mark H. Zoole