UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SARAH TOWNSEND, ) | |
|     Plaintiff, ) | |
| vs. ) | No. 4:19-cv-02798 |
| ) | |
| T. WILLIAMS, ) | |
|     Defendant. ) | |

### SECOND REQUEST FOR ADDITIONAL TIME TO ANSWER OR OTHERWISE RESPOND

Comes now Defendant, Terrence Williams, and requests an additional seven (7) days, up to and including December 11, 2019, within which to Answer or otherwise responsively plead to Plaintiff's Complaint.

                                                MARK H. ZOOLE

                                                /s/Mark H. Zoole
                                                Mark H. Zoole
                                                P.O. Box 190549
                                                St. Louis, MO 63119
                                                (314) 223-0436
                                                zoole@sbcglobal.net

### Certificate of Service

The undersigned certifies that a true and correct copy of the foregoing was served on all counsel of record, including Anthony Rothert and Jessie Steffan, 906 Olive, Ste. 1130, St. Louis, MO, 63101, arothert@aclu-mo.org and jsteffan@aclu-mo.org, and Gillian Wilcox, 406 West 34th St., Ste. 420, Kansas City, MO, 64111, gwilcox@aclu-mo.org, and Lisa Hoppenjans, Campus Box 1120, One Brookings Dr., St. Louis, MO, 63130-4899, lhoppenjans@wustl.edu on this 13th day of November, 2019.

                                                /s/Mark H. Zoole