**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| SARAH TOWNSEND, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:19-cv-2798 NAB |
| ) | |
| T. WILLIAMS, ) | |
| ) | |
| ) | |
| Defendant. ) | |

**JOINT STATUS MEMORANDUM**

On January 17, 2020, the parties filed a Joint Motion to Stay Proceedings requesting that this Court stay all deadlines until February 14, 2020.  Doc. 21.  This Court granted the motion on January 22, 2020 and further ordered the parties to submit a status memorandum to the Court by no later than February 14, 2020.  Doc. 22.  Pursuant to the Court's order, the parties state as follows:

1. An Offer of Judgment was made by Defendant on December 31, 2019.  Doc. 20.

2. The Offer of Judgment included an offer to Plaintiff in the amount of $2,501.00, together with "reasonable costs and attorneys' fees," as well as consent to "appropriate and reasonable declaratory and injunctive relief."

3. The parties have a good faith belief that they will shortly be filing a joint motion requesting this Court to enter a consent judgment in this matter.

WHEREFORE, Plaintiff and Defendant respectfully request that this Court enter an order further staying proceedings in this case and all deadlines until February 24, 2020.

Respectfully submitted,

/s/ Lisa S. Hoppenjans
Lisa S. Hoppenjans, #63890MO
Washington University School of Law
Clinical Education Program
Campus Box 1120
One Brookings Dr.
St. Louis, MO 63130
Telephone: (314) 935-8980
lhoppenjans@wustl.edu

Anthony E. Rothert, #44827MO
Jessie Steffan, #64861MO
AMERICAN CIVIL LIBERTIES UNION OF
    MISSOURI FOUNDATION
906 Olive Street, #1130
St. Louis, Missouri 63108
Telephone: (314) 652-3114
Facsimile: (314) 652-3112
trothert@aclu-mo.org
jsteffan@aclu-mo.org

Gillian R. Wilcox, #61278MO
AMERICAN CIVIL LIBERTIES UNION OF
    MISSOURI FOUNDATION
406 West 34th Street, # 420
Kansas City, Missouri 64111
Telephone: (816) 470-9938
Facsimile: (314) 652-3112
gwilcox@alcu-mo.org

**ATTORNEYS FOR PLAINTIFFS**

MARK ZOOLE & ASSOCIATES

/s/ Mark H. Zoole
Mark H. Zoole, #38635MO
P.O. Box 190549
St. Louis, MO 63119
Telephone: (314) 223-0436
Facsimile: (314) 353-3636
zoole@sbcglobal.net

**ATTORNEY FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 14, 2020, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system and a copy was made available to all electronic filing participants.

/s/ Lisa S. Hoppenjans