**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| SARAH TOWNSEND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:19-cv-2798 NAB |
| | ) | |
| T. WILLIAMS, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**SATISFACTION OF JUDGMENT[1]**

On March 3, 2020, this Court entered a consent judgment against Defendant Terrence Williams and in favor of Plaintiff Sarah Townsend.  Doc. 28.  The consent judgment awarded Plaintiff $2,500.01, together with Plaintiff's reasonable costs in the amount of $475 and attorneys' fees in the amount of $5,000.  Plaintiff acknowledges that Defendant has paid the amounts ordered by this Court and has fully satisfied this judgment.

DATED: May 29, 2020                          Respectfully submitted,

/s/ Lisa S. Hoppenjans
Lisa S. Hoppenjans, #63890MO
First Amendment Clinic
Washington University School of Law
Campus Box 1120
Anheuser Busch Hall
One Brookings Drive
St. Louis, MO 63130-4899
(314) 935-8980
(314) 935-5171 (facsimile)
lhoppenjans@wustl.edu

---

[1]   The parties have consented to the jurisdiction of the undersigned United States Magistrate Judge pursuant to 28 U.S.C. § 636(c).

Anthony E. Rothert, #44827MO
Jessie Steffan, #64861MO
ACLU of Missouri Foundation
906 Olive Street, Suite 1130
St. Louis, Missouri 63101
(314) 652-3114
(314) 652-3112 (facsimile)
arothert@aclu-mo.org
jsteffan@aclu-mo.org

Gillian R. Wilcox, #61278MO
406 West 34th Street, Suite 420
Kansas City, Missouri 64111
ACLU of Missouri Foundation
(816) 470-9938
gwilcox@aclu-mo.org

**Attorneys for Plaintiff**

## **CERTIFICATE OF SERVICE**

I certify that on May 29, 2020, I filed this document through the Court's electronic case system which caused the document to be served on all counsel of record.

/s/ Lisa S. Hoppenjans
Lisa S. Hoppenjans